# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **TORRIE ADCOCK,** | ) | |
| Plaintiff, | ) | Civil Action No. 2:09cv00003 |
| | ) | |
| v. | ) | **FINAL JUDGMENT AND ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | BY: GLEN M. WILLIAMS |
| **Commissioner of Social Security,** | ) | SENIOR UNITED STATES DISTRICT JUDGE |
| Defendant. | ) | |

For the reasons stated in the Memorandum Opinion accompanying this Final Judgment, it is **ADJUDGED** and **ORDERED** as follows:

a. The motion for summary judgment filed by the Commissioner of Social Security is **OVERRULED**;

b. The motion for summary judgment filed by the plaintiff is **OVERRULED**;

c. The final decision of the Commissioner denying benefits is **VACATED**;

d. The plaintiff's claims shall be **REMANDED** pursuant to "sentence four" of 42 U.S.C. § 405(g) for further development;

e. The Clerk shall send a copy of this Final Judgment and the accompanying Memorandum Opinion to all counsel of record; and

f. The Clerk is directed to close the case and strike it from the docket.

**ENTER**: This 14th day of October 2009.

                                        /s/ *Glen M. Williams*
                                        SENIOR UNITED STATES DISTRICT JUDGE